Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7876
jpopolizio@jshfirm.com
jackerman@jshfirm.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Johnny Wheatcroft and Anya Chapman, as husband and wife, and on behalf of minors J.W. and B.W., <br><br> Plaintiffs, <br><br> v. <br><br> City of Glendale, a municipal entity; Matt Schneider, in his official and individual capacities; Mark Lindsey, in his official and individual capacities; and Michael Fernandez, in his official and individual capacities, <br><br> Defendants. | NO. 2:18-cv-02347-SMB <br><br> **JOINT MOTION FOR PROTECTIVE ORDER** |

The parties jointly move for a Protective Order since the City of Glendale, Matt Schneider, Mark Lindsey and Michael Lindsey (collectively "Defendants") will produce certain items, information, and documents that contain the identity of a police officer who is the complainant in an internal workplace harassment complaint within the Glendale Police Department ("Officer").  The parties agree that the Officer's identity shall remain confidential and not available for dissemination to the general public, including the media, but instead shall remain confidential, known by and shared only with this Court and its staff, the parties, their respective attorneys, representatives, agents, consultants, and experts involved in this lawsuit, and any trial witness or deponent during the course of their testimony.  The documents containing the Officer's identity include disciplinary memos, audio recorded interviews and transcripts of interviews, complaint reports,

complaints, allegations summaries, Notices of Investigation, and an event timeline related to Complaint No. 2017-055 ("Confidential Items").

Due to the nature of these Confidential Items and pursuant to their agreement, the parties jointly request that the Court enter the attached proposed Protective Order, which sets forth the procedure for the handling of such confidential information during the course of this litigation. The parties have agreed to the terms set forth in the proposed Protective Order.

DATED this 20 day of May 2019.

| ATTORNEYS FOR FREEDOM | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By /s/ Jody L. Broaddus (with permission)<br>  Marc J. Victor<br>  Jody L. Broaddus<br>  3185 S. Price Rd.<br>  Chandler, Arizona 85248<br>  Attorneys for Plaintiffs | By /s/ Joseph J. Popolizio<br>  Joseph J. Popolizio<br>  Justin M. Ackerman<br>  40 North Central Avenue, Suite 2700<br>  Phoenix, Arizona  85004<br>  Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that on 20th day of May 2019, I have served the forgoing documents to the following:

Marc J. Victor
Jody L. Broaddus
Attorneys for Freedom
3185 South Price Road
Chandler, Arizona 85248
Marc@AttorneyForFreedom.com
Jody@AttorneyForFreedom.com
Attorneys for Plaintiffs

/s/Melissa Ward