# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Wheatcroft, et al., | No. CV-18-02347-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Glendale, et al., | |
| Defendants. | |

Defendants have filed a Motion to Withdraw and Seal Dkt. 68 and Substitute Defendants' Notice of Service of Supplemental Mandatory Initial Discovery Responses. (Doc. 70.)

**IT IS ORDERED** that the motion (Doc. 70) is **granted** to the extent that Doc. 68 is stricken and sealed.

**IT IS FURTHER ORDERED** that by no later than 5:00 p.m. on October 29, 2019, Defendants must file the document intended to replace Doc. 68 (Exhibit 1 to Doc. 70).

Dated this 28th day of October, 2019.

Michael T. Liburdi
United States District Judge