IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Wheatcroft, et al., | No. CV-18-02347-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Glendale, et al., | |
| Defendants. | |

Pursuant to the parties' Second Joint Motion to Extend Deadlines (Doc. 177), and good cause appearing,

**IT IS ORDERED granting** the Second Joint Motion to Extend Deadlines (Doc. 177). The following deadlines are extended:

1. The deadline for final supplementation of Mandatory Initial Discovery Pilot ("MIDP") responses and the completion of fact discovery is extended to **December 4, 2020**.

2. The deadline for Plaintiffs to provide full and complete expert disclosures is extended to **October 2, 2020**.

3. The deadline for Defendants to provide full and complete expert disclosures is extended to **November 6, 2020**.

4. The deadline for rebuttal expert disclosures, if any, is extended to **December 11, 2020**.

5. The deadline for completing expert depositions is extended to **March 12,**

**2021**.

6. The deadline for filing dispositive motions is extended to **March 26, 2021**.

7. The deadline for the parties to engage in good faith settlement talks is extended to **March 26, 2021**.

There will be no further extensions absent a showing of extraordinary circumstances.

Dated this 15th day of July, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge