# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Wheatcroft, et al., | No. CV-18-02347-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Glendale, et al., | |
| Defendants. | |

Pursuant to Defendants' Motion for Page Extension (Doc. 235), and good cause appearing,

**IT IS ORDERED granting** the Motion for Page Extension (Doc. 235). Defendants are permitted to file a 12-page response to Plaintiff's Motion Regarding the Conflict of Interest Among Defendants (Doc. 233).

**IT IS FURTHER ORDERED** that, in the interest of fairness, the Court will allow Plaintiff to file a 10-page reply.

**IT IS FINALLY ORDERED** reaffirming all deadlines.

Dated this 11th day of March, 2021.

Michael T. Liburdi
United States District Judge