# INDEX TO EXHIBITS

## Wheatcroft v. City of Glendale, et al
## No. 2:18-cv-02347-MTL

| EXHIBIT | DESCRIPTION | |
|---|---|---|
| 1 | Deposition of Johnny Wheatcroft | |
| 2 | Officer Tolbert's Body Camera Video | Non-Electronic Exhibit - CD |
| 3 | Motel 6 Location History Report | |
| 4 | Deposition of Mark Lindsey | |
| 5 | Deposition of Matthew Schneider | |
| 6 | Deposition of Shawn Blackburn | |
| 7 | Deposition of Michael Fernandez | |
| 8 | Deposition of Anya Chapman | Filed Under Partial Seal |
| 9 | Officer Schneider's Body Camera Video | Non-Electronic Exhibit - CD & Filed Under Seal |
| 10 | Deposition of Jerry McDaniel | |
| 11 | Motel 6's Response to Plaintiffs' Subpoena Duces Tecum | |
| 12 | Officer Lindsey Body Camera Video | Non-Electronic Exhibit - CD & Filed Under Seal |
| 13 | Motel 6 Surveillance Video | Non-Electronic Exhibit - CD & Filed Under Seal |
| 14 | Matthew Schneider's Declaration | |
| 15 | Darko Babic Declaration/Report | |
| 16 | Michael Fernandez's Declaration | |
| 17 | Blake McClelland Declaration/Report | |
| 18 | Mark Lindsey's Declaration | |
| 19 | Glendale Fire Department Records | Filed Under Seal |

9265126.1

| 20 | Deposition of Robin Nash | Filed Under Seal |
|----|--------------------------|------------------|
| 21 | Deposition of J.W. | Filed Under Seal |
| 22 | Deposition of B.W. | Filed Under Seal |
| 23 | Scene Photographs of Methamphetamines | |
| 24 | Deposition of Roy Lewis | |
| 25 | Criminal Complaint | |
| 26 | Indictment | |
| 27 | Order Dismissing Complaint | |
| 28 | Minute Entry Regarding Anya Chapman's Plea Agreement | |
| 29 | Glendale Police Department's General Order-23.000 | |
| 30 | Deposition of Richard St. John | |
| 31 | Deposition of Brandon Blanco | |
| 32 | Deposition of Earl Montgomery | |
| 33 | Deposition of Donald LaBrant | |
| 34 | Training Records | |
| 35 | Arizona Post Certifications | |
| 36 | Mark Lindsey's Employment Application | |
| 37 | Matthew Schneider's Employment Application | |
| 38 | Michael Fernandez's Employment Application | |
| 39 | Scene Photographs of Soda/Scale | |
| 40 | Officer Fernandez's Pulse Log Evaluation | |

9265126.1

# *EXHIBIT 35*




# Arizona Peace Officer Standards and Training Board
## Peace Officer Record of Appointment Status and Training
### CERTIFICATION STATUS: REVOKED

Record Generated: 6/30/2020 10:27:41 AM

AZ POST RECORD ID:  **32738**

| Officer Name | Social Security Number | Date of Birth | Sex |
|---|---|---|---|
| **SCHNEIDER, MATTHEW W** | **XXX-XX-XXXX** | **XX/XX/XXXX** | **M** |

| Appointment Status | Last Certification | Last Training Category | Auto-Lapse Date |
|---|---|---|---|
| **NOT APPOINTED** | **FULL AUTHORITY PEACE OFFICER** | **REGULAR ACADEMY TRAINING** | **03-28-2023** |

### Arizona POST Case History

| SOI Number | Final Action | Disposition Date | Suspension Dates (if applicable) |
|---|---|---|---|
| **2019-38** | **Revoke** | **06-22-2020** | |

### Arizona POST Audit History

| Appointment | Audit Type | Audit Date | Audit By | Current Status |
|---|---|---|---|---|
| **Glendale Police Department** | **New Hire** | **11-26-2002** | **04849** | **Complete - Meets Standards** |

### Appointment History

| Agency ORI | Agency Name | Appointment Date | Separation Date | Separation Type | Rank | Certification Type |
|---|---|---|---|---|---|---|
| **AZ0071300** | **Glendale Police Department** | **11-18-2002** | **03-27-2020** | **Misconduct - YES** | **LEVEL 1 (Officer)** | **FA** |

### Academy Training History

| Acd ID | Class ID | Location | Type | Class Start | Class End | Class Hours | Graduated |
|---|---|---|---|---|---|---|---|
| **93** | **375** | **ALEA** | **REGULAR ACADEMY TRAINING** | **12-02-2002** | **03-28-2003** | **640** | **YES** |

### Instructor Training

| Class ID | Sponsor Agency | Sponsor Academy | Course | Class Start | Class End |
|---|---|---|---|---|---|
| **3960** | **AZ POST** | **NO / NONE** | **General Instructor** | **10-01-2012** | **10-05-2012** |



**Official Arizona Peace Officer Certification Record**

Valid only with authorized
AZ POST Agent signature below

*Rita Mae Schaefer 10847*

**Authorized Agent AZ POST Board**




# Arizona Peace Officer Standards and Training Board
## Peace Officer Record of Appointment Status and Training
### CERTIFICATION STATUS: ACTIVE

Record Generated: 6/30/2020 9:15:13 AM

AZ POST RECORD ID:  **39786**

| Officer Name | Social Security Number | Date of Birth | Sex |
|---|---|---|---|
| **LINDSEY, MARK J** | XXX-XX-XXXX | XX/XX/XXXX | **M** |

| Appointment Status | Last Certification | Last Training Category | Auto-Lapse Date |
|---|---|---|---|
| **APPOINTED** | **FULL AUTHORITY PEACE OFFICER** | **REGULAR ACADEMY TRAINING** | **N/A** |

## Arizona POST Case History

| NO / NONE |
|---|

## Arizona POST Audit History

| Appointment | Audit Type | Audit Date | Audit By | Current Status |
|---|---|---|---|---|
| **Glendale Police Department** | **Training** | **04-26-2012** | **04849** | **Complete - Meets Standards** |
| **Glendale Police Department** | **New Hire** | **07-22-2008** | **04849** | **Complete - Meets Standards** |

## Appointment History

| Agency ORI | Agency Name | Appointment Date | Separation Date | Separation Type | Rank | Certification Type |
|---|---|---|---|---|---|---|
| **AZ0071300** | **Glendale Police Department** | **06-02-2008** | | **Active** | **LEVEL 2 (SGT)** | **FA** |

## Academy Training History

| Acd ID | Class ID | Location | Type | Class Start | Class End | Class Hours | Graduated |
|---|---|---|---|---|---|---|---|
| **161** | **443** | **ALEA** | **REGULAR ACADEMY TRAINING** | **06-23-2008** | **10-24-2008** | **640** | **YES** |

## Instructor Training

| Class ID | Sponsor Agency | Sponsor Academy | Course | Class Start | Class End |
|---|---|---|---|---|---|
| **7425** | **Glendale Police Department** | **NO / NONE** | **General Instructor** | **06-10-2019** | **06-13-2019** |

**Official Arizona Peace Officer
Certification Record**

Valid only with authorized
AZ POST Agent signature below

*Rita Mae Schaefer 10847*

**Authorized Agent AZ POST Board**




# Arizona Peace Officer Standards and Training Board
## Peace Officer Record of Appointment Status and Training
### CERTIFICATION STATUS: ACTIVE

Record Generated: 6/30/2020 10:29:22 AM

AZ POST RECORD ID:  **38995**

| Officer Name | Social Security Number | Date of Birth | Sex |
|---|---|---|---|
| **FERNANDEZ, MICHAEL** | **XXX-XX-XXXX** | **XX/XX/XXXX** | **M** |

| Appointment Status | Last Certification | Last Training Category | Auto-Lapse Date |
|---|---|---|---|
| **APPOINTED** | **FULL AUTHORITY PEACE OFFICER** | **REGULAR ACADEMY TRAINING** | **N/A** |

### Arizona POST Case History

| NO / NONE |
|---|

### Arizona POST Audit History

| Appointment | Audit Type | Audit Date | Audit By | Current Status |
|---|---|---|---|---|
| **Glendale Police Department** | **New Hire** | **12-11-2007** | **04849** | **Complete - Meets Standards** |

### Appointment History

| Agency ORI | Agency Name | Appointment Date | Separation Date | Separation Type | Rank | Certification Type |
|---|---|---|---|---|---|---|
| **AZ0071300** | **Glendale Police Department** | **11-19-2007** | | **Active** | **LEVEL 1 (Officer)** | **FA** |

### Academy Training History

| Acd ID | Class ID | Location | Type | Class Start | Class End | Class Hours | Graduated |
|---|---|---|---|---|---|---|---|
| **152** | **434** | **ALEA** | **REGULAR ACADEMY TRAINING** | **12-03-2007** | **04-11-2008** | **640** | **YES** |

### Instructor Training

| Class ID | Sponsor Agency | Sponsor Academy | Course | Class Start | Class End |
|---|---|---|---|---|---|
| **7294** | **Glendale Police Department** | **NO / NONE** | **General Instructor** | **10-03-2017** | **10-06-2017** |

**Official Arizona Peace Officer Certification Record**

Valid only with authorized
AZ POST Agent signature below

*Rita Mae Schaefer 10847*

**Authorized Agent AZ POST Board**

# *EXHIBIT 36*



## City of Glendale
## EMPLOYMENT APPLICATION

*08-1*

**THE CITY OF GLENDALE IS AN EQUAL OPPORTUNITY / REASONABLE ACCOMMODATION EMPLOYER**
Human Resources Department • 5850 West Glendale Avenue • Glendale, Arizona 85301
24 Hour Job Information Line (623) 930-3699 • Fax (623) 435-5347 • www.glendaleaz.com

**INSTRUCTIONS:**
Answer all questions completely, including any supplemental questionnaire forms. Type or print all answers. Sign this application and all other forms. **Resumes may not be substituted for the requested information.** Any omission, misstatement, or falsification may be cause for rejection of this application, removal of your name from an eligibility list, or discharge from city service. Applications must be received by the posted deadline, whether submitted in person, by fax, or by email. The City of Glendale is not responsible for applications that are not received by the posted deadline. **Do not change the layout of this form.** Doing so may disqualify you from consideration for employment with the City of Glendale.

**GENERAL INFORMATION**

Position Applying For: POLICE RECRUITMENT GLENDALE

Name (Last, First MI): LINDSEY, MARK J

Address: **REDACTED**

City: **REDACTED**    State: **REDACTED**    Zip Code: **REDACTED**

**POLICE OFFICER TRAINEE POSITION - ONLY**

Telephone: **[REDACTED]**    Message Phone: **[REDACTED]**

Are you a U.S. citizen? ☐ Yes ☐ No

E-mail Address: **[REDACTED]**

Are you age 21 or over? ☐ Yes ☐ No

**Are you currently a regular City of Glendale employee?** ☐ Yes ☒ No    Employee Number: _____

**If no, have you ever worked for the City of Glendale?** ☐ Yes ☒ No    Supervisor's Name: _____

**Are any of your relatives (including relations by marriage) employed by the City of Glendale?** ☒ Yes ☐ No
If yes, please list name, relationship, and city department.

**REDACTED**

**I will accept (check all that apply):**

REGULAR
☒ Full-time
☐ Part-time

TEMPORARY
☐ Full-time
☐ Part-time

SHIFT: ☐ Days ☐ Evenings ☐ Nights ☐ Rotating

If selected, when could you start work?    WHEN NEEDED

**Do you have a legal right to work in the U.S.?**
☒ Yes ☐ No

All new hires will be required to submit verification of the legal right to work in the United States within three (3) business days beginning with their first day of work. In accordance with the Immigration Reform and Control Act of 1986, we are legally prohibited from employing anyone who cannot provide such verification.

## EDUCATION, TRAINING, AND SKILLS

*Proof of Education and/or Professional Registration(s), License(s), and Certification(s) may be required prior to hire/promotion.*

**Driver's License Information:**

| Do you have a valid Driver's License? | Driver's License Number: | State: | CDL? | Classification: |
|---|---|---|---|---|
| ☒ Yes ☐ No | ██████████ | Az. | ☐ Yes ☒ No | D |
| *List any CDL endorsements:* | | | | |

Do you have a High School Diploma or a G.E.D.? ☒ Yes ☐ No   *If no, please indicate the highest grade completed:_____*

**Education Information:**

| Name of High School / College / University: | Major: | Type of Degree: | Degree Completed: | Credit Hours: |
|---|---|---|---|---|
| PARADISE VALLEY HIGH SCHOOL | H.S. DIPLOMA | N/A | ☒ Yes ☐ No | |
| PHOENIX COLLEGE | GENERAL | | ☐ Yes ☒ No | |
| PARADISE VALLEY C.C. | GENERAL | | ☐ Yes ☒ No | |
| SCOTTSDALE C.C. | GENERAL | | ☐ Yes ☒ No | |

**Professional Registrations, Licenses, and/or Certifications** *that relate to this position*:

| Type of Professional Registration, License, and/or Certification: | License Number (if applicable): | Date Received: | Expiration Date (if applicable): |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

**List any specialized training and/or trade schools** *that relate to this position*:

N/A

**List equipment and/or computer software applications you are proficient in operating** *that relate to this position*:

WORD
EXCEL
POWER POINT

**Language Proficiency (***Any language other than English that you are fluent in speaking, reading, and/or writing***):**

| Language: | Speak: | Read: | Write: |
|---|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

CoG_WHEATCROFT 000606

**YOU MAY MAKE ADDITIONAL COPIES OF THIS SHEET TO CONTINUE YOUR EMPLOYMENT HISTORY.**

Begin with your present or most recent employer.  List all jobs, paid or volunteer, over the last ten years.  Include any experience prior to ten years ago that relates to the position.  Your qualifications will be evaluated on the information provided on this application form and, if applicable, any supplemental questionnaire forms.

PLEASE NOTE:  RESUMES MAY **NOT** BE SUBSTITUTED FOR THE REQUESTED INFORMATION.

Position Title: ADVERTISING MANAGER   Employment Dates (mo/yr) From: 1 06   To: PRESENT

Employer: INDEPENDENT NEWSPAPERS   Phone # REDACTED

Address: REDACTED

Direct Supervisor: MIKE MALL

Annual Salary REDACTED   Hours Per Week: 40   Number of Employees Supervised: 15

Primary Job Duties: ADVERTISING SALES AND GROWTH

**May we contact your present or most current employer?** ☐ Yes ☒ No

Total Time Worked: Years: 2   Months: 1   Reason for wanting to leave: STILL EMPLOYED

Position Title: ADVERTISING SALES   Employment Dates (mo/yr) From: 8 04   To: 1 06

Employer: PHOENIX BUSINESS JOURNAL   Phone # REDACTED

Address: REDACTED

Direct Supervisor: LIN GREEN

Annual Salary: REDACTED   Hours Per Week: 40   Number of Employees Supervised:

Primary Job Duties: SALES AND MARKETING

Total Time Worked: Years: 1   Months: 4   Reason for leaving: MANAGEMENT POSITION

Position Title: SALES   Employment Dates (mo/yr) From: 3 96   To: 8 04

Employer: THE ARIZONA REPUBLIC   Phone # REDACTED

Address: REDACTED

Direct Supervisor: AURA JABLONSKI

Annual Salary REDACTED   Hours Per Week: 40   Number of Employees Supervised:

Primary Job Duties: SALES

Total Time Worked: Years: 8   Months: 5   Reason for leaving: SWITCHED FOR MANAGEMENT EXP.

## DO NOT COPY THIS PAGE – CONFIDENTIAL INFORMATION

To assist us with verifying previous work experience and/or education, please list other names you have gone by:

_____

**Have you ever been terminated, discharged, or forced to resign due to misconduct or unsatisfactory service?**
☐ Yes ☒ No   If yes, please name the employer, explain the circumstances, and when (mo/yr).

**The City of Glendale conducts an extensive background investigation of criminal history.** A criminal conviction does not constitute an automatic bar to employment. Each case is considered individually and based on job requirements. However, failure to answer truthfully will result in disqualification for employment with the City of Glendale. If you fail to list all required convictions, your application will not receive further consideration and you will not be considered for employment for a minimum of six months.

"Crime" as used in this section means any and all felonies, misdemeanors, and serious driving offenses. "Crime" does not include minor civil traffic offenses. If you are unsure how to answer this question, please ask for assistance.

"Convicted" means that you have been found guilty by a court or jury, pleaded guilty or no contest to a crime and/or have been sentenced for a crime, whether incarcerated, placed on probation, fined, or received suspended sentence.

**Have you ever been convicted of a crime, regardless of whether the conviction was later set aside or expunged, in any domestic, foreign or military court?**   ☐ Yes ☒ No

**Are you pending charges, trial or other court proceedings for any crime, in any jurisdiction, at this time?**
☐ Yes ☒ No

If you answered yes to either or both of these questions, please give details including the offense(s) for which you were convicted or are currently pending charges, date of conviction, and jurisdiction (court, city, county and state). If an offense has been set aside or expunged, please give date of action.

_____

### PLEASE READ THE FOLLOWING STATEMENT AND CAREFULLY REVIEW YOUR ENTIRE APPLICATION MATERIAL BEFORE SIGNING BELOW.

By signing this application, I certify that all statements made on this form are true and complete to the best of my knowledge. I understand that any omission, misstatement, or falsification may be cause for rejection of this application and/or discharge from city service. I also authorize the City of Glendale's Human Resources Department or its Designee to make all necessary and appropriate investigations allowable by law to verify the information concerning my employment. It is my responsibility to keep the Human Resources Department advised about any changes of address and/or phone number.

Applicant's Printed Name:   MARK JOSEPH LINDSEY

**If you are submitting this application electronically, please check here to indicate your certification of the truth and completeness of your information in lieu of your signature below.**

☐ *Yes, I certify these statements are true and complete.*

_____   1-8-08
Applicant's Signature                                              Date

**EMPLOYMENT POLICY**

Applicants are considered solely on the basis of their qualifications as required for the position they seek, and no discrimination is exercised because of their political or religious opinions or affiliations, or because of their race, creed, color, sex, national origin, age, physical/mental handicap or veteran status. A standard review period must be served. However, it may be shortened or extended depending on the incumbent's performance.

The City of Glendale is an Equal Opportunity Employer

# *EXHIBIT 37*



GLENDALE

*REG. 02-4*

# EMPLOYMENT APPLICATION

Human Resources Department
5850 W. Glendale Ave.
Glendale, Arizona 85301
24 hr. Job Information Line (623) 930-3699 • Fax (623) 435-5347
www.ci.glendale.az.us

For application to be considered, you MUST: 1) type or print all answers; 2) supply all requested information, **resumes may only** serve as a supplement: 3) not falsify the application in any way; 4) provide comprehensive employment information, including volunteer work. The information you provide will determine your qualifications for employment or eligibility for evaluation.

## GENERAL INFORMATION

Position applying for: POLICE OFFICER RECRUIT    SS#: ████████

Name: SCHNEIDER          MATTHEW    W
        (Last)              (First)

Address: ████████ **REDACTED**
         (Street)              (City/State)          (Zip)

Phone: ████████        ████████
        (Home)              (Message)

Are you currently a regular City of Glendale employee? Yes _____ No **X** Emp.# _____

No related employees may work within the same department or in certain sensitive positions. Your eligibility for some positions may be affected if you have relatives working for the City.
Are any of your relatives (marriage also), employed by the City of Glendale?

Yes _____ No **X** *If yes, please list their name(s) and Department(s) for which they work.

Name N/A                          Dept. N/A

**POLICE POSITIONS ONLY**

Are you a U.S. citizen?
Yes **X** No _____

Are you age 21 or over?
Yes _____ No **X**

I will accept (check all that apply):

REGULAR         TEMPORARY
**X** Full-time    ___ Full-time
___ Part-time     ___ Part-time

SHIFT: 8:00 a.m. - 5:00 p.m. only ___
___ Evenings ___ Nights ___ Rotating
If appointed, when could you start work? ASAP

Do you have a legal right to work in the U.S.?
Yes **X** No ___
If yes, you will need to show proof of work eligibility to be employed. See back sheet for further information on this requirement.

Have you ever been convicted of any violations of federal, state, local or military law or statute?
Yes ___ No **X**
If yes, explain in the space provided N/A
_____

*NOTE: CONVICTION IS NOT NECESSARILY A BAR TO EMPLOYMENT. EACH CASE IS CONSIDERED INDIVIDUALLY, BASED ON JOB REQUIREMENTS.*

Have you ever been terminated or forced to resign due to misconduct or unsatisfactory service?

Yes ___ No **X** If yes, please explain the circumstances N/A
_____

RECEIVED

**OFFICE USE ONLY**

ACC ___   EXAM ___   CATEGORY _____   COMMENT _____

REJ ___   QAB ___    _____   HUMAN RESOURCES
                                            CITY OF GLENDALE
T&E ___   ELIG ___   _____

CoG_WHEATCROFT 000829

## EDUCATION, TRAINING AND SKILLS

| High School/Colleges/University Trade School | City/State | Major Coursework | Sem. Hrs. | Degrees Completed |
|---|---|---|---|---|
| PHOENIX COMMUNITY COLLEGE | Phoenix, AZ | CRIMINAL Justice | 29 | NONE YET |
| CENTRAL HIGH SCHOOL | Phoenix, AZ | N/A | N/A | DIPLOMA |

Professional Certificates, Licenses or Memberships  TERMINAL OPERATOR CERTIFICATE/City of Phoenix.

Arizona Driver's License? Yes  X  No ____   Classification  D   License number  B14632841

List any specialized training you may have received that relates to this position (include number of hours and course content)
Criminal Justice Major at Phoenix College, Perform Name/Background Checks, Fingerprint training, Police Records Clerk with Phoenix Police Dept. for 2 years.

List any equipment that you are able to operate that relates to this position  PACE TERMINALS, WATERBILLING, CMS, TP600 FINGERPRINT SYSTEM, CAPTURE MUGSHOT SYSTEM.

| Language Proficiency (other than English) | | | | Have you ever served in the U.S. Armed Forces? |
|---|---|---|---|---|
| LANGUAGE | SPEAK | READ | WRITE | Yes ___ No X   From: N/A   To: N/A (mo/yr)          (mo/yr) |
| N/A | N/A | N/A | N/A | Branch: N/A |
| | | | | Type of discharge: N/A |
| | | | | Specialized training or experience: N/A |

## EXPERIENCE

Begin with your present or most recent position.  List all jobs held, paid or volunteer, over the last ten years.  **YOUR QUALIFICATIONS WILL BE EVALUATED ON THE BASIS OF THE INFORMATION PROVIDED ON THIS APPLICATION.**  You may attach a separate sheet if additional space is needed, or to include applicable experience prior to ten years ago.  **RESUMES MAY NOT BE SUBSTITUTED FOR THE REQUESTED INFORMATION.**

Position Title:  POLICE RECORDS CLERK   Employment Dates  6/26/00  to  PRESENT
Employer  PHOENIX POLICE DEPARTMENT   Phone #  (602) 262-6134
Address  620 W. Washington St.   City  PHOENIX   State  AZ   Zip  85003
Direct Supervisor  GENA ALLAN   May we contact your present employer?  YES
Annual Salary  [REDACTED]   Hours Per Week  40   # of employees supervised  NONE
Primary Job Duties:  Searches Criminal History Files, Perform records checks, respond to information requests from police and other law enforcement officials, as well as the public. Operates Computer for query of and data entry into a variety of City, Statewide and national Databases. Fingerprinting, photographing City applicants and suspects.

Total Time Worked:  Years  2   Months  1   Reason for wanting to leave:  WANT TO BE PROMOTED TO POLICE OFFICER.

CoG_WHEATCROFT 000830

**Position Title:** Stocker and Cashier    **Employment Dates** 4/9/99 to 11/6/01

**Employer** Petsmart    Phone **REDACTED**

**Address** **REDACTED**

**Direct Supervisor** Harry Wise

**Annual Salary** 7,000    **Hours Per Week** 20-30    **# of employees supervised** 0

**Primary Job Duties:** Worked as a Stocker and would stock shelves with various pet items. Customer Service Representative, and operated cash register.

**Total Time Worked: Years** 2 **Months** 2    **Reason for wanting to leave:** Already had full time Job w/ Full time School.

---

**Position Title:** _____    **Employment Dates** _____ to _____

**Employer** _____    **Phone #** _____

**Address** _____    **City** _____    **State** _____    **Zip** _____

**Direct Supervisor** _____

**Annual Salary** _____    **Hours Per Week** _____    **# of employees supervised** _____

**Primary Job Duties:** _____

**Total Time Worked: Years** ___ **Months** ___    **Reason for wanting to leave:** _____

---

**Position Title:** _____    **Employment Dates** _____ to _____

**Employer** _____    **Phone #** _____

**Address** _____    **City** _____    **State** _____    **Zip** _____

**Direct Supervisor** _____

**Annual Salary** _____    **Hours Per Week** _____    **# of employees supervised** _____

**Primary Job Duties:** _____

**Total Time Worked: Years** ___ **Months** ___    **Reason for wanting to leave:** _____

---

**READ THIS APPLICATION AND YOUR ANSWERS BEFORE SIGNING BELOW**

By signing this application, I certify that all information on this form is true to the best of my knowledge, and any omissions or misstatements of facts may be cause for rejection of this application or discharge from City service. I also authorize the City of Glendale Human Resources Department or its Designee, to make all necessary and appropriate investigations allowable by law to verify the information concerning my employment that is allowable by law. It is my responsibility to keep the Human Resources Department advised about any changes of address or phone number.

DATE 7/12/02    SIGNATURE _____

# *EXHIBIT 38*

**RECEIVED**

GLENDALE SEP 01 2007

HUMAN RESOURCES
CITY OF GLENDALE

# City of Glendale
# EMPLOYMENT APPLICATION

*07-13*

THE CITY OF GLENDALE IS AN EQUAL OPPORTUNITY / REASONABLE ACCOMMODATION EMPLOYER
Human Resources Department • 5850 West Glendale Avenue • Glendale, Arizona 85301
24-Hour Job Information Line (623) 930-3699 • Fax (623) 435-5347 • www.glendaleaz.com

**INSTRUCTIONS:**
Answer all questions completely, including any supplemental questionnaire forms. Type or print all answers. Sign this application and all other forms. **Resumes may not be substituted for the requested information.** Any omission, misstatement, or falsification may be cause for rejection of this application, removal of your name from an eligibility list, or discharge from city service. Applications must be received by the posted deadline, whether submitted in person, by fax, or by email. The City of Glendale is not responsible for applications that are not received by the posted deadline. **Do not change the layout of this form.** Doing so may disqualify you from consideration for employment with the City of Glendale.

## GENERAL INFORMATION

Position Applying For: *Police Officer*

Name (Last, First MI): *Fernandez, Michael*

Address: **REDACTED**

City: **REDACTED**

**POLICE OFFICER TRAINEE POSITION - ONLY**

Telephone: **[REDACTED]**  Message Phone:

Are you a U.S. citizen?
☒ Yes ☐ No

E-mail Address: **[REDACTED]**

Are you age 21 or over?
☒ Yes ☐ No

**Are you currently a regular City of Glendale employee?** ☐ Yes ☒ No

Employee Number: _____

**If no, have you ever worked for the City of Glendale?** ☐ Yes ☒ No

Supervisor's Name: _____

**Are any of your relatives (including relations by marriage) employed by the City of Glendale?** ☐ Yes ☒ No
If yes, please list name, relationship, and city department.

Name: _____   Relationship: _____   Department: _____

**I will accept (check all that apply):**

REGULAR
☒ Full-time
☐ Part-time

TEMPORARY
☐ Full-time
☐ Part-time

SHIFT: ☒ Days ☒ Evenings ☒ Nights ☒ Rotating

If selected, when could you start work? *ASAP*

**Do you have a legal right to work in the U.S.?**
☒ Yes ☐ No

All new hires will be required to submit verification of the legal right to work in the United States within three (3) business days beginning with their first day of work. In accordance with the Immigration Reform and Control Act of 1986, we are legally prohibited from employing anyone who cannot provide such verification.

**EDUCATION, TRAINING, AND SKILLS**

*Proof of Education and/or Professional Registration(s), License(s), and Certification(s) may be required prior to hire/promotion.*

**Driver's License Information:**

| Do you have a valid Driver's License? | Driver's License Number: | State: | CDL? | Classification: |
|---|---|---|---|---|
| ☒ Yes ☐ No | ████████ | A-Z | ☐ Yes ☒ No | ◯ |
| *List any CDL endorsements:* | | | | |

Do you have a High School Diploma or a G.E.D.? ☒ Yes ☐ No   *If no, please indicate the highest grade completed:____*

**Education Information:**

| Name of High School / College / University: | Major: | Type of Degree: | Degree Completed: | Credit Hours: |
|---|---|---|---|---|
| U. of Alabama in Huntsville | Political Sci. | BA | ☐ Yes ☒ No | 2 yrs. |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

**Professional Registrations, Licenses, and/or Certifications *that relate to this position*:**

| Type of Professional Registration, License, and/or Certification: | License Number (if applicable): | Date Received: | Expiration Date (if applicable): |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

**List any specialized training and/or trade schools *that relate to this position*:**

N/A
_____
_____
_____

**List equipment and/or computer software applications you are proficient in operating *that relate to this position*:**

_____
_____
_____

**Language Proficiency (*Any language other than English that you are fluent in speaking, reading, and/or writing*):**

| Language: | Speak: | Read: | Write: |
|---|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

CoG_WHEATCROFT 001209

**YOU MAY MAKE ADDITIONAL COPIES OF THIS SHEET TO CONTINUE YOUR EMPLOYMENT HISTORY.**

Begin with your present or most recent employer.  List all jobs, paid or volunteer, over the last ten years.  Include any experience prior to ten years ago that relates to the position.  Your qualifications will be evaluated on the information provided on this application form and, if applicable, any supplemental questionnaire forms.
<u>PLEASE NOTE:  RESUMES MAY **NOT** BE SUBSTITUTED FOR THE REQUESTED INFORMATION.</u>

Position Title: *General Mgr.*   Employment Dates (mo/yr)   From: *July 04* To: *July 07*

Employer: *Aarons Sales & Lease*   Phone # REDACTED

Address: REDACTED

Direct Supervisor: *Dave Salinas -* REDACTED

Annual Salary: REDACTED   Hours Per Week: *60 - 70*   Number of Employees Supervised: *7*

Primary Job Duties: *All Aspects of running store*

**May we contact your present or most current employer?** ☒ Yes ☐ No

Total Time Worked: Years: *3*   Months: *6*   Reason for wanting to leave: *to pursue Police dept.*

Position Title: *General Mgr.*   Employment Dates (mo/yr)   From: *11/99*   To: *7/04*

Employer: *Rent-A-Center*   Phone # REDACTED

Address: REDACTED

Direct Supervisor: *Mark Holdcraft*

Annual Salary: *45k/yr.*   Hours Per Week: *50*   Number of Employees Supervised: *5*

Primary Job Duties: *All Aspects of running store*

Total Time Worked: Years: *4*   Months: *8*   Reason for leaving: *Moved Back to AZ*

Position Title:    Employment Dates (mo/yr)   From:   To:

Employer:    Phone #

Address:   City:   State:   Zip:

Direct Supervisor:

Annual Salary:   Hours Per Week:   Number of Employees Supervised:

Primary Job Duties:

Total Time Worked:  Years:   Months:   Reason for leaving:

CoG_WHEATCROFT 001210

## DO NOT COPY THIS PAGE – CONFIDENTIAL INFORMATION

To assist us with verifying previous work experience and/or education, please list other names you have gone by:

*N/A*

Have you ever been terminated, discharged, or forced to resign due to misconduct or unsatisfactory service?

☐ Yes  ☒ No   If yes, please name the employer, explain the circumstances, and when (mo/yr).

**The City of Glendale conducts an extensive background investigation of criminal history.** A criminal conviction does not constitute an automatic bar to employment. Each case is considered individually and based on job requirements. However, failure to answer truthfully will result in disqualification for employment with the City of Glendale. If you fail to list all required convictions, your application will not receive further consideration and you will not be considered for employment for a minimum of six months.

"Crime" as used in this section means any and all felonies, misdemeanors, and serious driving offenses. "Crime" does not include minor civil traffic offenses. If you are unsure how to answer this question, please ask for assistance.

"Convicted" means that you have been found guilty by a court or jury, pleaded guilty or no contest to a crime and/or have been sentenced for a crime, whether incarcerated, placed on probation, fined, or received suspended sentence.

**Have you ever been convicted of a crime, regardless of whether the conviction was later set aside or expunged, in any domestic, foreign or military court?**   ☐ Yes ☒ No

**Are you pending charges, trial or other court proceedings for any crime, in any jurisdiction, at this time?**
☐ Yes     ☒ No

If you answered yes to either or both of these questions, please give details including the offense(s) for which you were convicted or are currently pending charges, date of conviction, and jurisdiction (court, city, county and state). If an offense has been set aside or expunged, please give date of action.

---

### PLEASE READ THE FOLLOWING STATEMENT AND CAREFULLY REVIEW YOUR ENTIRE APPLICATION MATERIAL BEFORE SIGNING BELOW.

By signing this application, I certify that all statements made on this form are true and complete to the best of my knowledge. I understand that any omission, misstatement, or falsification may be cause for rejection of this application and/or discharge from city service. I also authorize the City of Glendale's Human Resources Department or its Designee to make all necessary and appropriate investigations allowable by law to verify the information concerning my employment. It is my responsibility to keep the Human Resources Department advised about any changes of address and/or phone number.

Applicant's Printed Name:  *Michael Fernandez*

**If you are submitting this application electronically, please check here to indicate your certification of the truth and completeness of your information in lieu of your signature below.**

☒ *Yes, I certify these statements are true and complete.*

*M.F.*                                              *8/23/7*
Applicant's Signature                              Date

---

## ⌐PLOYMENT POLICY

Applicants are considered solely on the basis of their qualifications as required for the position they seek, and no discrimination is exercised because of their political or religious opinions or affiliations, or because of their race, creed, color, sex, national origin, age, physical/mental handicap or veteran status. A standard review period must be served. However, it may be shortened or extended depending on the incumbent's performance.

CoG_WHEATCROFT 001211

*EXHIBIT 39*



CoG_WHEATCROFT 000259

*EXHIBIT 40*

# TASER PULSE LOG EVALUATION

**17-107320**
**Evaluation Date: 8/14/17 - 8/15/17**
**Evaluator: Det. Sgt. Patrick Beumler #10702**

**Event Date(s): 7/26/17**
**Taser X2 Serial #: X29000CH6**
**Assigned to: Ofc. Fernandez #15225**

**<u>Time Sync Differential</u>**
8/16/17 13:17:45 to 13:20:50 = +0:03:05

**AXON Body Cam – 2 recordings associated with this DR (both occur for interviews post incident)**

**<u>Events</u>**

- Sequence #1 – Armed 19:32:08 + 0:03:05 = 19:35:13



(From Ofc. Lindsey's Body Cam)

CoG_WHEATCROFT 001668

## TASER PULSE LOG EVALUATION

- Sequence #2 - Trigger Pull C1 Deployed – 19:32:11 + 0:03:05 = 19:35:16
  Duration 5 seconds



Appx 60 microcoulombs of charge indicates a completed connection for approximately the first 1.75 seconds and then the charge dropped to 0 microcoulombs from seconds 1.75 - 4.75 when the connection was re-established for the last .25 seconds

- Sequence 3 – Safed – 19:32:16 + 0:03:05 = 19:35:21

➢ Total time armed – 8 seconds

➢ Total time activated by trigger pull – 5 seconds

➢ Total time with completed connection of 50+ microcoulombs of charge = 2 seconds*

*63 microcoulombs +-20% (50.4 – 75.6 C) = completed connection *per Taser Inc.*

CoG_WHEATCROFT 001669