Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Ian C. Beck, Bar #035599
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7876
jpopolizio@jshfirm.com
jackerman@jshfirm.com
ibeck@jshfirm.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Wheatcroft and Anya Chapman, as husband and wife, and on behalf of minors J.W. and B.W., <br><br> Plaintiffs, <br><br> v. <br><br> City of Glendale, a municipal entity; Matt Schneider, in his official and individual capacities; Mark Lindsey, in his official and individual capacities; and Michael Fernandez, in his official and individual capacities, <br><br> Defendants. | NO. 2:18-cv-02347-MTL <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE *UNDER PARTIAL SEAL* DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, STATEMENT OF FACTS, AND ASSOCIATED EXHIBITS** |

Defendants the City of Glendale, Matthew Schneider, Mark Lindsey, and Michael Fernandez ("Defendants"), respectfully request leave to file under partial seal their Motion For Summary Judgment, its associated Statement of Facts and exhibits associated with that Motion ("Defendants' Motion"). To be clear, undersigned counsel does not seek to seal the entire Motion for Summary Judgment, associated Statement of Facts and exhibits. Rather, Defendants, out of an abundance of caution for the minor Plaintiffs J.W. and B.W. in this action, seek leave to file a very small portions of Defendants' Motion under seal that addresses and analyzes the minor Plaintiffs' purported emotional distress that is claimed as a result of the incident giving rise to this action.

9255867.1

First, Defendants' Motion and associated exhibits contain potentially sensitive information regarding the minor Plaintiffs J.W. and B.W. that undersigned counsel believe is subject to an existing Protective Order (Doc. 114). Specifically, this information relates to the minor Plaintiffs' J.W. and B.W.'s deposition testimony regarding their alleged emotional distress as a result of the incident giving rise to this action, how it did or did not impact their daily lives following the incident, and whether there were any medical issues that arose as a result. As a result, undersigned counsel requests leave to file under seal their Summary Judgment Motion, Statements of Fact, and Exhibits 20 (Robin Nash Depo), 21 (J.W. Depo.) and 22 (B.W. Depo), and to file under seal portions of Exhibit 8 (Anya Chapman Depo.)

Second, within the statement of facts are reference to certain medical records involving Johnny Wheatcroft following his treatment by Glendale Fire Department. In order to protect the sensitive nature of such documents, which contain specific medical diagnosis and potentially HIPPA protected information, Defendants also seek leave to file Exhibit 19 (Glendale Fire Department Records) under seal.

Third, the body camera videos of Officer Schneider and Officer Lindsey, as well as the Motel 6 Surveillance Video, depicting the incident giving rise to this action, contain, in part, the minor Plaintiffs and their reactions to the incident as it unfolded. Out of an abundance of caution to the minor Plaintiffs, undersigned counsel seeks leave to file these videos (Exhibits 9, 12, 13) under seal as well.

Finally, while undersigned counsel recognizes the Court's admonition that even if the above information and/or evidence are subject to the Court's Protective Order (Doc. 114, p.7, n.2), that does not in and of itself justify a motion to seal. However, given the limited and targeted nature of the above requests to seal in this matter and the nature of the information subject to Defendants' request to be sealed, undersigned counsel submits that compelling reasons and/or good cause exists to do so pursuant to *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

Therefore, leave is respectfully requested now to file Defendants' Motion For Summary Judgment, Statement of Facts and associated exhibits with that Motion under

9255867.1

partial seal. A proposed Order is attached based on the foregoing.

DATED this 26th day of March, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
   Joseph J. Popolizio
   Justin M. Ackerman
   Ian C. Beck
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Marc J. Victor
Jody L. Broaddus
Attorneys for Freedom
3185 South Price Road
Chandler, Arizona 85248
Marc@AttorneyForFreedom.com
Jody@AttorneyForFreedom.com
Attorneys for Plaintiffs


/s/Karen Gawel

3

9255867.1