Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Ian C. Beck, Bar #035599
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7876
jpopolizio@jshfirm.com
jackerman@jshfirm.com
ibeck@jshfirm.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Wheatcroft and Anya Chapman, as husband and wife, and on behalf of minors J.W. and B.W.,<br><br>                                        Plaintiffs,<br><br>            v.<br><br>City of Glendale, a municipal entity; Matt Schneider, in his official and individual capacities; Mark Lindsey, in his official and individual capacities; and Michael Fernandez, in his official and individual capacities,<br><br>                                        Defendants. | NO. 2:18-cv-02347-MTL<br><br>**MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

        Defendants the City of Glendale, Matthew Schneider, Mark Lindsey, and Michael Fernandez ("Defendants"), request leave to file non-electronic exhibits in support of their Motion for Summary Judgment.

        The non-electronic exhibits are CDs containing the following:

- Officer Tolbert's Body Worn Camera Video-(Exhibit 2)
- Officer Schneider's Body Worn Camera Video-(Exhibit 9)
- Officer Lindsey's Body Worn Camera Video-(Exhibit 12)
- Motel 6 Surveillance Video-(Exhibit 13)

        Defendants seek leave to file these non-electronic exhibits in support of

9208694.1

9208059.1

1  their Motion for Summary Judgment.  A proposed Order is attached.

2             DATED this 26th day of March, 2021.

3                      JONES, SKELTON & HOCHULI, P.L.C.

4

5                    By /s/ Joseph J. Popolizio

6                      Joseph J. Popolizio
                       Justin M. Ackerman

7                      Ian C. Beck
                       40 North Central Avenue, Suite 2700

8                      Phoenix, Arizona  85004
                       Attorneys for Defendants

9

10                **CERTIFICATE OF SERVICE**

11          I  hereby  certify  that  on  this  26th  day  of  March,  2021,  I  caused  the  foregoing

12  document to be filed electronically with the Clerk of Court through the CM/ECF System

   for filing; and served on counsel of record via the Court's CM/ECF system.

13  Marc J. Victor

14  Jody L. Broaddus
   Attorneys for Freedom

15  3185 South Price Road
   Chandler, Arizona 85248

16  Marc@AttorneyForFreedom.com
   Jody@AttorneyForFreedom.com

17  Attorneys for Plaintiffs

18

19

20  /s/Karen Gawel

21

22

23

24

25

26

27

28

9208694.1                          2

9208059.1