**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Johnny Wheatcroft and Anya Chapman, as husband and wife, and on behalf of minors J.W. and B.W.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Glendale, a municipal entity; Matt Schneider, in his official and individual capacities; Mark Lindsey, in his official and individual capacities; and Michael Fernandez, in his official and individual capacities,<br><br>Defendants. | NO. 2:18-cv-02347-MTL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Upon review of Defendants City of Glendale, Matthew Schneider, Mark Lindsey, and Michael Fernandez, ("Defendants") Motion for Leave to File Non-Electronic Exhibits in Support of their Motion for Summary Judgment and good cause appearing,

IT IS ORDERED that Defendants' Motion for Leave to File Non-Electronic Exhibits in Support of their Motion for Summary Judgment is GRANTED.

9208455.1