Marc J. Victor, SBN 016064
Jody L. Broaddus, SBN 020122
ATTORNEYS FOR FREEDOM
3185 South Price Road
Chandler, Arizona 85248
Phone: (480) 755-7110
Fax: (480) 857-0150
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Wheatcroft and Anya Chapman, as husband and wife, and on behalf of minors J. W. and B. W., <br><br> Plaintiffs, <br><br> v. <br><br> City of Glendale, a municipal entity; Matt Schneider, in his official and individual capacities; Mark Lindsey, in his official and individual capacities; and Michael Fernandez, in his official and individual capacities; <br><br> Defendants. | Case No.: 2:18-cv-02347-SMB <br><br> **AFFIDAVIT OF PLAINTIFFS' COUNSEL** |

I, the undersigned, do swear and attest to the following:

1. I am counsel for Plaintiffs in the above-captioned matter.

2. I am over 18 years of age and I am authorized to attest to the information contained herein. I know the contents hereof which are true of my own personal knowledge except as to those statements made upon information and belief, and as to those, I believe them to be true.

3. On May 3, 2021, Plaintiffs filed a motion to file non-electronic exhibits as to Defendant Schneider's Body Worn Camera Video, Defendant Lindsey's Body Worn Camera

Video, and the Motel 6 Surveillance Video (collectively referred to herein as the "Videos"), and these Videos are listed by Plaintiffs as Exhibits 1, 2, and 3, in Plaintiffs' Controverting and Separate Statement of Facts. *See* Docs. 261 and 262.

4. The Videos have not been identified as confidential in this lawsuit, and they are not subject to the protective orders in this matter, which consist of Docs. 44, 114, and 216.

5. Plaintiffs have not published the Videos outside this litigation. However, media newsclips containing the Videos were posted on the Attorneys' for Freedom Law Firm Facebook page. The Videos in the newsclips were redacted to obscure the faces of the minor Plaintiffs.

6. Plaintiffs do not consider the Videos to be secret or confidential. However, the identity of minor Plaintiffs J.W. and B.W. have been protected in this lawsuit, and the Videos contain images of these minors.

7. Plaintiffs believe Anya Chapman, who is the mother of the minor Plaintiffs, received a copy of the Videos during her criminal proceedings.

8. Unredacted versions of the Body Worn Videos were made available to undersigned counsel through a firm in Chicago, Illinois prior the filing of this lawsuit, but counsel does not know the extent the Videos were made available to others.

9. Plaintiffs do not believe the Videos were maintained as secret or confidential. Further, Plaintiffs do not know to what extent the media has received any of the unredacted Videos disclosed in this lawsuit.

10. Upon information and belief, various news and media sources obtained the videos from Defendant Glendale through public records requests.

11. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of May, 2021.



Jody L. Broaddus

SUBSCRIBED AND SWORN to before me this 12 day of May, 2021.

Monica Tucker
Notary Public

My Commission Expires: 5-15-23



MONICA TUCKER
Notary Public, State of Arizona
Pinal County
Commission # 564338
My Commission Expires
May 15, 2023