1  Joseph J. Popolizio, Bar #017434
   Justin M. Ackerman, Bar #030726
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
   Telephone: (602) 263-1700
4  Fax: (602) 200-7876
   jpopolizio@jshfirm.com
5  jackerman@jshfirm.com

6  Attorneys for Defendants

7

8                  **UNITED STATES DISTRICT COURT**

                        **DISTRICT OF ARIZONA**
9

10 Johnny Wheatcroft and Anya Chapman, as      NO. 2:18-cv-02347-MTL
   husband and wife, and on behalf of minors J.W.
11 and B.W.,                                    **DEFENDANT MICHAEL**
                                                **FERNANDEZ'S NOTICE OF**
                                    Plaintiffs,  **INTERLOCUTORY APPEAL**
12

13              v.

14 City of Glendale, a municipal entity; Matt
   Schneider, in his official and individual
15 capacities; Mark Lindsey, in his official and
   individual capacities; and Michael Fernandez, in
16 his official and individual capacities,

17                                  Defendants.

18

19         Notice is hereby given that Defendant Michael Fernandez appeals to the

20 United States Court of Appeals for the Ninth Circuit from the Court's February 22, 2022

21 Order [Doc. #294] denying him qualified immunity, and all inextricably intertwined rulings

22 therein.  The Order denying Defendant's assertion of immunity is immediately appealable.

23 *Ashcroft v. Iqbal*, 556 U.S. 662, 671-72 (2009); *Mitchell v. Forsyth*, 472 U.S. 511, 525-29 (1985).[1]

24

25         [1] Defendant Fernandez notes that there is a pending Motion for Clarification and/or
   Reconsideration of the Court's Summary Judgment Order before the Court.  [*See* Doc. 299].
26 Unfortunately, this does not appear to be a time extending motion for purposes of filing an
   interlocutory notice of appeal.  *See* FRAP 4(a)(1)(A), (a)(3), (a)(4).  Therefore, Defendant
27 Fernandez files the instant notice of appeal out of an abundance of caution to preserve his
   appellate rights in the event his motion for reconsideration is denied.  However, Defendant
28 Fernandez does not intend for his notice of appeal to deprive this Court of jurisdiction to

DATED this 23rd day of March 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Justin M. Ackerman
Joseph J. Popolizio
Justin M. Ackerman
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants


**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Karen Gawel

decide his pending motion for clarification/reconsideration, as the granting of which may moot any need for any appellate review in this matter.

10399816.1