| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 4 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOHNNY WHEATCROFT, individually and on behalf of minors J. W. and B. W., | No. 22-15431 |
| Plaintiff-Appellee, | D.C. No. 2:18-cv-02347-MTL<br>District of Arizona, Phoenix |
| and | ORDER |
| ANYA CHAPMAN, | |
| Plaintiff, | |
| v. | |
| MICHAEL FERNANDEZ, in his official and individual capacities, | |
| Defendant-Appellant, | |
| and | |
| CITY OF GLENDALE, a municipal entity; MATT SCHNEIDER, in his official and individual capacities, | |
| Defendants. | |

The court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure 4(a)(4). The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance

LCC/MOATT

pending the district court's resolution of appellant's pending motion for clarification and/or reconsideration. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Within 7 days after the district court's ruling on the pending motion, appellant shall notify this court in writing of the ruling and shall advise whether appellant intends to prosecute this appeal.

To appeal the district court's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk will serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7