# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**Case No.**   **CV-18-02347-PHX-MTL**          DATE: July 14, 2022

Title:   Johnny Wheatcroft    vs.   City of Glendale, et al.
              Plaintiff                       Defendant

================================================================

HON:   Eileen S. Willett      Judge #:   70CC

   Debbie Monroe                        Not Recorded
   Judicial Assistant                   Reporter/ECRO

**APPEARANCES:**

Jody Broaddus appearing for Plaintiff Johnny Wheatcroft, who is also present.

Joseph Popolizio and John Masterson appearing for Defendants Matt Schneider, and Mark Lindsey, who are also present, and Defendant City of Glendale.   Also present are:   Ashley Wallace, Glendale Assistant City Attorney; Kathy Thomas and Diane Shoemaker, from Risk Management; Joe Fechter, from Safety National.

All appearances telephonic.

================================================================
**PROCEEDINGS:**       _____Open Court       _____Chambers      _X_ Other


The settlement Magistrate Judge conducted a telephonic settlement conference.   All parties participated in good faith.   Settlement negotiations continue.

IT IS ORDERED setting a continued telephonic settlement conference for July 18, 2022 from 9:00 a.m. to 12:00 p.m.   The Arizona Department of Corrections shall make Plaintiff Wheatcroft available by phone for the continued telephonic settlement conference.   The settlement Magistrate Judge will call each attorney at the numbers provided by them.


Total time:   3 hours
10:00 a.m. – 1:00 p.m.