Joseph J. Popolizio, Bar #017434
John T. Masterson, Bar #007447
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1741
Fax: (602) 200-7876
jpopolizio@jshfirm.com
jmasterson@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendants City of Glendale,
Matt Schneider and Mark Lindsey

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Wheatcroft and Anya Chapman, as husband and wife, and on behalf of minors J.W and B.W, <br><br>Plaintiffs, <br><br>v. <br><br>City of Glendale, a municipal entity; Matt Schneider, in his official and individual capacities; Mark Lindsey, in his official and individual capacities; and Michael Fernandez, in his official and individual capacities, <br><br>Defendants. | No. 2:18-cv-02347-MTL <br><br>**NOTICE OF SETTLEMENT** |

Defendants City of Glendale, Matt Schneider and Mark Lindsey, through undersigned counsel, provide notice to the Court that they have reached a settlement with Plaintiffs Johnny Wheatcroft, J.W and B.W, in the above-captioned matter on September 29, 2022. Because this settlement involves minor Plaintiffs, a pleading will be filed to seek guidance on whether Court approval of the settlement and/or appointment of a conservator is necessary for settlement approval of the minor Plaintiffs' claims.

11017288.1

DATED this 29th day of September, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By /s. Joseph J. Popolizio
　　Joseph J. Popolizio
　　John T. Masterson
　　Justin M. Ackerman
　　40 N. Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendants City of
　　Glendale, Matt Schneider and Mark
　　Lindsey

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of September, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Marc J. Victor
Jody L. Broaddus
Attorneys for Freedom
3185 South Price Road
Chandler, Arizona 85248
Marc@AttorneyForFreedom.com
Jody@AttorneyForFreedom.com
Attorneys for Plaintiffs


/s/ Jennifer Bernardo

2

11017288.1