1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9    Johnny Wheatcroft,

10              Plaintiff,

11   v.

12   City of Glendale, et al.,

13              Defendants.

14

No. CV-18-02347-PHX-MTL

**ORDER**

15         Before the Court is Plaintiffs' Motion for Leave to File Under Seal (Doc. 418) and

16   Defendants' Motion for Leave to File Under Seal (Doc. 420). Both Plaintiffs' Motion and

17   Defendants' Motion request leave to file their briefing regarding court approval of

18   settlement under seal. (Docs. 418, 420). The Court has considered the Motions and all

19   papers filed in connection. Good cause appearing,

20   . . .

21
22
23
24
25
26
27
28

1    **IT IS ORDERED granting** Plaintiffs' Motion for Leave to File Under Seal (Doc.

2    418).

3    **IT IS FURTHER ORDERED** directing the Clerk of Court to file Plaintiffs'

4    Supplemental Brief re: Settlement (lodged at Doc. 419) under seal.

5    **IT IS FURTHER ORDERED granting** Defendants' Motion for Leave to File

6    Under Seal (Doc. 420).

7    **IT IS FURTHER ORDERED** directing the Clerk of Court to file Defendants'

8    Briefing Regarding Court Approval of Settlement (lodged at Doc. 421) under seal.

9    Dated this 7th day of October, 2022.

10

11

12    *Michael T. Liburdi*

13    Michael T. Liburdi
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28