**Jody L. Broaddus, SBN 020122**
**Marc J. Victor, SBN 016064**
ATTORNEYS FOR FREEDOM
3185 South Price Road
Chandler, Arizona 85248
Phone: (480) 755-7110
Fax: (480) 857-0150
Jody@AttorneysForFreedom.com
Marc@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Johnny Wheatcroft, et al.,

      Plaintiffs,

v.

City of Glendale, et al.,

      Defendants.

Case No.: CV-18-02347-PHX-MTL

**MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL JOINT REPORT _UNDER SEAL_**

(Assigned to the Hon. Michael T. Liburdi)

      Plaintiffs, by and through counsel undersigned, respectfully request leave to file the Second Supplemental Joint Report under seal. The reason for this request is the Second Supplemental Joint Report contains confidential information regarding the minors' claims and the global settlement in this matter, which includes a confidentiality agreement. Therefore, Plaintiff respectfully request leave to file the Joint Report under seal.

      RESPECTFULLY SUBMITTED this 19th day of December, 2022.

                      ATTORNEYS FOR FREEDOM

                      By: */s/ Jody L. Broaddus*
                          Jody L. Broaddus, Esq.
                          Marc J. Victor, Esq.
                          *Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2022, I caused the foregoing document to be filed electronically with the Clerk's office using the CM/ECF system for filing; and served on the following via the Court's CM/ECF system:

Joseph J. Popolizio, Esq.
John Masterson, Esq.
Justin M. Ackerman, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004


By: _/s/ Andrea Yirak_